**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. _26-mj-8458-RMM_

UNITED STATES OF AMERICA

v.

VENTURA MARTINEZ-MARBELL,
  a/k/a "Marbel Petronilo Ventura Martinez,"

          **Defendant.**        /

FILED BY___MEE___D.C.

Jun 18, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? ☐ Yes ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? ☐ Yes ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? ☐ Yes ☑ No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? ☐ Yes ☑ No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? ☐ Yes ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _____Juan A. Albino_____

JUAN ALBINO
ASSISTANT UNITED STATES ATTORNEY
District Court No.  A5503412
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 820-8711
Fax:  (561) 820-8777
Email:  Juan.Albino@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   26-mj-8458-RMM |
| VENTURA MARTINEZ-MARBELL, | ) | |
| a/k/a "Marbel Petronilo Ventura Martinez," | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED BY_____MEE_____D.C.

**Jun 18, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 10, 2026_____ in the county of _____Palm Beach_____ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Richard Soto Valentin*

*Complainant's signature*

Richard Soto Valentin, U.S. Border Patrol Agent

*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date:   6/18/26

*Judge's signature*

City and state:   West Palm Beach, FL

Ryon M. McCabe, U.S. Magistrate Judge

*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Richard Soto Valentin, being duly sworn, depose and state as follows:

1.     I am a Border Patrol Agent ("BPA") for the U.S. Department of Homeland Security, United States Border Patrol, and have served in this position for nineteen (19) years.  I am currently assigned to the West Palm Beach Border Patrol Station in Riviera Beach, Florida.  Previously, from January 2019 to June 2022, I was assigned as a Prosecution Agent to the West Palm Beach Station.  Form February 2015 to March 2017, I was detailed to the Drug Enforcement Administration ("DEA") Resident Office in Port St Lucie, Florida.  During my tenure at the DEA, I handled criminal investigations pertaining to narcotics and alien smuggling, as well as money laundering.  From March 2012 to June 2014, I was detailed to Homeland Security Investigations ("HSI") in Arecibo, Puerto Rico. During my tenure at HSI, I handled criminal investigations pertaining to narcotics and alien smuggling, as well as money laundering and illegal weapons violations.  Prior to becoming a Federal Agent, I was a state Criminal Investigator in the Puerto Rico Police Department for a period of eleven (11) years.  I was assigned to the Narcotic Division as a Criminal Investigator.  I have attended the United States Border Patrol Agent Academy, at the Federal Law Enforcement Training Center, in Artesia, New Mexico.  I have received specialized training regarding the investigation and enforcement of United States Immigration Laws.  In the capacity of a Border Patrol Agent, I am charged with enforcing federal administrative and criminal laws under Titles 8, 18, 19, and 21 of the United States Code.  As a federal law enforcement agent, I have the authority to conduct investigations, make arrests, execute search warrants, and take sworn statements.

2.   This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me

regarding the investigation but only those facts necessary to establish probable cause to believe that MARTINEZ-MARBELL, Ventura, AKA: VENTURA MARTINEZ, Marbel Petronilo ("MARTINEZ-MARBELL"), committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 8 USC 1326(a) .

3.    On June 10, 2026, at approximately 1635 hours, Florida Highway Trooper (FHT) Jackyme Gabriel (ID# 1632) was dispatched by the Lake Worth Regional Communication Center (LWRCC) dispatched to a two-motor vehicle accident on Interstate 95 (State Road 9) northbound south of 45th Street. Upon his arrival, FHT Gabriel observed a light-colored and a dark-colored vehicle on the inside shoulder: a black Jeep with a Florida tag number of L2LLJ and a silver Toyota bearing a Florida tag number of 37FXHR.

4.    The investigation determined that the black Jeep stopped for traffic while traveling southbound south of 45th Street in the number 3 lane, the silver Toyota failed to observe the black Jeep stopped. As a result, the front portion of the silver Toyota collided with the rear of black Jeep. After the collision, both vehicles came to a controlled stop on the inside shoulder. The driver of the Black Jeep was later identified by her Florida driver's license number. The driver of the Silver Toyota was later identified by his Honduras passport. The passenger was later identified by his Guatemala ID card as MARBEL PETRONIL MARTINEZ-MARBELL (MARTINEZ-MARBELL) with a date of birth of 12/08/1983.

5.    FHT Gabriel was deputized by the federal government under 287G and was granted the authority to conduct immigration enforcement to identify individuals after acquiring reasonable suspicion of immigration status. Due to the driver and MARTINEZ-MARBELL inability to verify legal status in the U.S. FHT Gabriel contacted Immigration and Customs

2

Enforcement (ICE) via telephone to conduct immigration checks. ICE later advised that the driver and MARTINEZ-MARBELL were illegally present in the U.S.

FHT Gabriel detained both at 1751 hours and transported to the U.S Border Patrol station in Riviera Beach, Florida for further processing and investigation.

6. At the station, MARTINEZ-MARBELL' fingerprints were entered into the e3/New Generation Identification system, which queries the Department of Homeland Security (DHS) database, as well as the Federal Bureau of Investigation (FBI) database.

7. The query on MARTINEZ-MARBELL' fingerprints resulted in a positive match indicating that he had a prior immigration history under alien registration file A******966, and FBI****** RC3. The immigration electronic records and alien file assigned to MARTINEZ-MARBELL show that he is a native and citizen of Guatemala.

8. Further investigation revealed that On June 30, 2010, Border Patrol Agents from Casa Grande Border Patrol station in Arizona encountered and arrested MARTINEZ-MARBELL for being illegally present in the U.S. MARTINEZ-MARBELL was processed as an Expedited Removal. On July 22, 2010, MARTINEZ-MARBELL was removed from Phoenix, Arizona to his native country, Guatemala.

9. On June 12, 2013, Border Patrol Agents from Tucson Arizona Border Patrol Station encountered and arrested MARTINEZ-MARBELL for being illegally present in the U.S. MARTINEZ-MARBELL had his prior order of removal reinstated by a designated official. On September 20, 2013, MARTINEZ-MARBELL was removed from Phoenix, Arizona to his native country, Guatemala.

3

10.   Record checks through the Department of Homeland Security (DHS) CLAIMS database failed to locate any evidence indicating that MARTINEZ-MARBELL had applied for or received permission from the appropriate government officials to lawfully reenter the United States.

11.   Based on the foregoing, I submit that probable cause exists that on or about June 10, 2026, MARTINEZ-MARBELL, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) .

_Richard Soto Valentin_

Richard Soto Valentin
Border Patrol Agent
United States Border Patrol

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime, on this __18__ day of June 2026, at West Palm Beach, Florida.

RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: VENTURA MARTINEZ-MARBELL, a/k/a "Marbel Petronilo Ventura Martinez"

**Case No**:

Count #1

Illegal Re-entry after Removal

Title 8, United States Code, Section 1326(a)

* **Max. Term of Imprisonment:**  2 Years
* **Mandatory Min. Term of Imprisonment (if applicable):**
* **Max. Supervised Release:**  1 Year
* **Max. Fine:**  $250,000
* **Special Assessment:**  $100

***Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**